UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
COLIN HARPER,

    Plaintiff,

-against-

NOT FOR PUBLICATION
**ORDER**
15-CV-4833 (CBA) (VMS)

UNITED STATES OF AMERICA,

    Defendant.
------------------------------------------------------------x

**AMON, United States District Judge:**

The Court has received the thorough Report and Recommendation ("R&R") of the Honorable Vera M. Scanlon, United States Magistrate Judge, recommending that plaintiff Colin Harper's claims against the United States be dismissed for lack of subject matter jurisdiction, failure to state a claim, and mootness. (See D.E. # 9.) No party has objected to the R&R, and the time for doing so has passed. When deciding whether to adopt a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the R&R to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." Jarvis v. N. Am. Globex Fund, L.P., 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (internal quotation marks and citation omitted).

The Court has reviewed the record and, finding no clear error, adopts the R&R as the opinion of the Court. Accordingly, the Court grants the United States' motion to dismiss. The Clerk of Court is directed to enter judgment accordingly.

    SO ORDERED.

Dated: September 16, 2016
       Brooklyn, New York

s/Carol Bagley Amon
_____
Carol Bagley Amon
United States District Judge